THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Michael Shane Johnson, Appellant.
 
 
 
 
 

Appeal From Spartanburg County
 Wyatt T. Saunders, Jr., Circuit Court
Judge

Unpublished Opinion No.  2010-UP-126
 Submitted January 4, 2010  Filed February
11, 2010   

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Office of the Attorney General, all of Columbia; Solicitor Harold
 W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: Michael
 Shane Johnson (Johnson) appeals his guilty pleas to three counts of
 first-degree burglary, one count of second-degree burglary, three counts of
 grand larceny of an amount greater than $5,000, one count of grand larceny of
 an amount more than $1,000 but less than $5,000, and one count of receiving
 stolen goods less than $1,000.  After a thorough review of the record and counsel's brief pursuant
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Johnson's appeal and grant
 counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.